**Exhibit A to the Complaint**

**Location:** Bel Air, MD

**Total Works Infringed:** 29

**IP Address:** 108.3.167.230

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568 File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 12/29/2020 21:55:54 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 2 | Info Hash: E7DB8067AEC3C8610C83397448CC7D3B64ED7BF2 File Hash: E762103A09E0B8DE7410D9FBFE11319EF739060543C8E6A53DA08414173DE8B9 | 12/29/2020 05:01:02 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 3 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 12/22/2020 01:50:47 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 4 | Info Hash: 885FC9D8289138E90C851E083F0688AB50CF16E4 File Hash: 71DE6A7018D676920B65CAFF5B7065B5BA05784B7E4CFE84E6874770F5227154 | 12/21/2020 22:51:29 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 5 | Info Hash: E75DBA0655ED0539A3E3C83394A5A123D8198889 File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 12/15/2020 00:08:22 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 6 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821 File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 12/09/2020 17:57:37 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 7 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F File Hash: 16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 12/09/2020 17:56:02 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 8 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848 File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11/28/2020 16:43:29 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 11/26/2020 01:01:29 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 10 | Info Hash: 827221CB92F85CD3E38E3EC2F40C99E5475897C7 File Hash: 7F1A1A9E65AD9F466AF46144FBCDFAABE27C64AC49136D7E98910C70177D28E0 | 11/22/2020 19:55:56 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 11 | Info Hash: B1837EFE5563C154EEE2F1BE8D008DE5C8C7CD43 File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 11/18/2020 00:41:19 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 12 | Info Hash: 41DF17AA331A3CE75E9CA818EDC75D225D44E4AE File Hash: A5C52D68CAB30DA1E566E7B990744FEB2669056CB56609CEFE131E17C64CA303 | 11/17/2020 22:33:47 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 13 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96 File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 11/14/2020 21:30:27 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 14 | Info Hash: C63144F64B9547BE9906EA7046AAF8FE428E95ED File Hash: 1AA52D9D79432616DAA21D7BB04990D86B45DEAF1FFE5FA2721C89DD5EA2780C | 11/14/2020 17:28:36 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 15 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 10/25/2020 22:43:54 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 16 | Info Hash: E73272ABA912ACDFBD94C16B25DF2739E745910B File Hash: 9607566050BCBCF0724582FF3F9F402AD0E3627057AF607CC63D3C0ED2AAC8DF | 10/20/2020 01:30:21 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 17 | Info Hash: F963FC66BEC64BF8323AA10A31D829DE757A4211 File Hash: B85D0B747CC11085A6E5DD8FAE0DE603975DA7B66892618C8A81B596BB19D3AE | 10/17/2020 21:32:37 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>0E83EC924FC2472D484EC5430E4274751FDCFB77<br>File Hash:<br>0976FE08AE6D88C925F1422B6AD566332E427CDB63C3A8A7FC89F8B10F38DFD5 | 10/05/2020<br>23:32:49 | Blacked<br>Raw | 10/05/2020 | 10/22/2020 | PA0002261806 |
| 19 | Info Hash:<br>FF2738464090D606206D0608A050F0BA3D10E1A9<br>File Hash:<br>ADDC73912EE777EB7455915C5BAD3A332E1F6EA951019C2EA1284BE0F356CE0C | 10/04/2020<br>01:10:19 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 20 | Info Hash:<br>5B688164813D5322EE27359355CBF7233F9C15A2<br>File Hash:<br>6D4F689F0D70E1DB29AF47F577AFEFA19C6260A7E08B4D5E75414BD3EF8A16B9 | 09/28/2020<br>21:36:59 | Blacked<br>Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 21 | Info Hash:<br>9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash:<br>743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 09/27/2020<br>12:32:15 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 22 | Info Hash:<br>E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash:<br>5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09/21/2020<br>23:03:19 | Blacked<br>Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 23 | Info Hash:<br>F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash:<br>1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09/20/2020<br>22:41:39 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 24 | Info Hash:<br>3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash:<br>D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09/20/2020<br>14:30:32 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 25 | Info Hash:<br>3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash:<br>7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/15/2020<br>21:13:10 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 26 | Info Hash:<br>92A0C401E8D34EF8ECCA2A81AD917B0B3D6A57D9<br>File Hash:<br>9612B44C8BBE83FB22D4D210977959C581A2E78649F59DE7733CD7E744850515 | 09/13/2020<br>03:16:12 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: B363647575BA54B6B923C05223F4A92289A30083 File Hash: 4EC8B4DD67C4ECB63D03456468A0B6538CD12C60BC25054CDDCC3698AEF101CB | 09/13/2020 02:09:57 | Blacked | 09/12/2020 | 09/29/2020 | PA0002258684 |
| 28 | Info Hash: 81E555C6FF2380F80E2121E94A5B05C347608F4E File Hash: 6621F2F8BA3B7ECC7F041B7B624B63210959A41615363561D1EC49D1EFEFEE6E | 09/05/2020 20:38:27 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 29 | Info Hash: 63A22C748ACE8732FA9AE5785EA73F31D0EA5CCA File Hash: D26DD5C53E023B9BE7A2C59D8907B28CB5983E867A82F39B2877DEE6E4F7E71D | 09/04/2020 23:57:01 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |